```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   CR. F. NO. 04-5337 OWW
                                   )
11              Plaintiff,         )
                                   )   STIPULATION TO CONTINUE
12       v.                        )   HEARING
                                   )   (Order Thereon)
13                                 )
                                   )
14  ROBERT ROY CHURNING,           )
                                   )
15              Defendant.         )
                                   )
16  _____   )
```

FILED 2005 APR 25 A 8:33 CLERK, US DIST. COURT EASTERN DIST. OF CALIF AT FRESNO BY_____ DEPUTY

It is hereby stipulated by and between the parties that the hearing set for April 25, 2005, shall be continued to May 9, 2004. This continuance is necessary due to the unavailability of defense counsel on April 25, 2005, and to allow for additional investigation related to trial preparation.

//
//
//
//
//
//
//

1

It is further stipulated time shall be excluded pursuant to 18 U.S.C. 3161 to allow additional time to prepare for trial and the filing of motions, as well as continuity of counsel.

MCGREGOR W. SCOTT
United States Attorney

DATED: April 19, 2005        By, Jonathan B. Conklin
                             JONATHAN B. CONKLIN
                             Assistant U.S. Attorney


DATED: April 19, 2005        By,    Stephen Quade
                             STEPHEN QUADE
                             Attorney for Defendant
                             Robert Churning


IT is hereby ordered that the hearing currently set for April 25, 2005, shall be continued to May 9, 2005, to allow additional time for the filing of motions and trial preparation, as well as continuity of defense counsel. IT is further ordered that time shall be excluded pursuant to 18 U.S.C. § 3161.

DATE:  4-21-05

Oliver W. Wanger
United States District Court Judge

2