1  STEPHEN QUADE, #156961
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-2042
4  Facsimile: (559) 237-3966

5  Attorney for Defendant
   **ROBERT ROY CHURNING**

FILED
2005 OCT 27 A 11: 06

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:04-CR-05337-01 OWW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCE HEARING |
| vs. | |
| | DATE:   October 24, 2005<br>TIME:   1:30 p.m.<br>PLACE:  Courtroom 2<br>Honorable Oliver W. Wanger |
| ROBERT ROY CHURNING, | |
| Defendant(s) | |

IT IS HEREBY STIPULATED by and between the parties that the current sentence hearing set for October 24, 2005, be continued to November 14, 2005, at the hour of 1:30 p.m., before the Honorable Oliver W. Wanger, United States District Court Judge.

////
////
////
////
////
////

The parties further stipulate that the resulting period of delay occurring between October 24, 2005, and November 14, 2005, shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED: _____                                    Respectfully submitted,


                                                     /s/ Stephen Quade
                                                     STEPHEN QUADE,
                                                     Attorney for Defendant


DATED: _____

                                                     /s/ Jonathan B. Conklin
                                                     JONATHAN B. CONKLIN,
                                                     Assistant United States Attorney


ORDER

IT IS SO ORDERED that the sentence hearing in the above-entitled matter currently set for October 24, 2005, be continued to November 14, 2005, at the hour of 1:30 p.m.

DATED: 10-25-05

                                                     _____
                                                     OLIVER W. WANGER,
                                                     United States District Court Judge