1  **STEPHEN QUADE**, #156961
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-2042
4  Facsimile: (559) 237-3966

5  Attorney for Defendant
   **ROBERT ROY CHURNING**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,         ) | Case No. 1:04-CR-05337-01 OWW |
|                                       ) | |
|             Plaintiff,                ) | STIPULATION AND ORDER TO |
|                                       ) | CONTINUE SENTENCE |
| vs.                                   ) | HEARING |
|                                       ) | |
|                                       ) | DATE:   November 14, 2005 |
|                                       ) | TIME:   1:30 p.m. |
| ROBERT ROY CHURNING,                  ) | PLACE:  Courtroom 2 |
|                                       ) | Honorable Oliver W. Wanger |
|             Defendant(s)              ) | |

    IT IS HEREBY STIPULATED by and between the parties that the current sentence hearing set for November 14, 2005, be continued to December 12, 2005, at the hour of 1:30 p.m., before the Honorable Oliver W. Wanger, United States District Court Judge.

////
////
////
////
////
////

The parties further stipulate that the resulting period of delay occurring between November 14, 2005, and December 12, 2005, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED: _____    Respectfully submitted,

/s/ Stephen Quade
STEPHEN QUADE,
Attorney for Defendant

DATED: _____

/s/ Jonathan B. Conklin
JONATHAN B. CONKLIN,
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the sentence hearing in the above-entitled matter currently set for November 14, 2005, be continued to December 12, 2005, at the hour of 1:30 p.m.

DATED:  11/8/2005

/S/ OLIVER WANGER
OLIVER W. WANGER,
United States District Court Judge